# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER   11-0068 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WILLIE J. JENKINS, JR. | * | MAG. JUDGE KAREN L. HAYES |

## REPORT AND RECOMMENDATION ON
## FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, Willie J. Jenkins, Jr., on November 1, 2011.  Defendant was present with his counsel, Mr. Charles Kincade.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Counts One and Two of the Indictment, is fully supported by an oral factual basis for each of the essential elements of the offenses.[1]  Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Willie J. Jenkins, Jr., in accordance with the terms of the plea agreement filed in the record of these

---

[1] Defendant conceded the material elements of the factual basis.  He declined to agree solely with that portion of the factual basis which addressed the voluntariness of his consent to search.

proceedings, and that Willie J. Jenkins, Jr. be finally adjudged guilty of the offenses charged in Counts One and Two of the Indictment.  It is further recommended that the District Court **ACCEPT** defendant's agreement to forfeit and abandon his interest in any firearm, magazines, and ammunition seized as a result of the investigation of this matter.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and F.R.C.P. Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof.  A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing.  Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers, at Monroe, Louisiana, this 1st day of November 2011.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE