RECEIVED
IN MONROE, LA.
DEC 2 7 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER   11-0068 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WILLIE J. JENKINS, JR. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Willie J. Jenkins, Jr., and adjudges him guilty of the offenses charged in Counts One and Two of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Willie J. Jenkins, Jr.'s agreement to forfeit and abandon his interest in any firearm, magazine, and ammunition seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in chambers, this 27 day of December 2011 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE